Submitted on remand from the Oregon Supreme Court June 21, reversed and remanded with instructions on appeal; affirmed on cross-appeal August 29, 2001

Jennifer MACCRONE,
*Appellant - Cross-Respondent,*

*v.*

EDWARDS CENTER, INC.,
an active Oregon non-profit corporation,
*Respondent - Cross-Appellant.*

9509-06509; A95658

31 P3d 513

Gregory Kafoury and Mark McDougal for appellant - cross-respondent.

I. Franklin Hunsaker for respondent - cross-appellant.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Warren, Senior Judge.

PER CURIAM

## PER CURIAM

The Supreme Court remanded this case to us for reconsideration in light of its decision in *Parrott v. Carr Chevrolet*, 331 Or 537, 17 P3d 473 (2001). *Parrott* involves the standard for reviewing an award of punitive damages. We reinstated the jury's verdict for punitive damages after the trial court had granted a remittitur. After considering *Parrott*, we adhere to our previous decision.

On appeal, reversed and remanded with instructions to reinstate jury's verdict; on cross-appeal, affirmed.